CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

FEB 22 2007

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil Action No. 1:03cv00068 |
| ) | |
| Plaintiff, ) | |
| ) | **FINAL JUDGMENT AND ORDER** |
| v. ) | **OF DISTRIBUTION** |
| ) | |
| 0.10 ACRE OF LAND, etc., et al., ) | |
| ) | By: GLEN M. WILLIAMS |
| Defendants. ) | Senior United States District Judge |
| ) | |

This case is before the court on the plaintiff's motion for the court to determine title, just compensation and distribution of two parcels of property taken by the plaintiff under the power of eminent domain, (Docket Item No. 20), ("Motion"). The two parcels of land at issue are situated in the Town of Grundy, Virginia and have a combined acreage of approximately 0.10 of an acre of land, ("the Property"). This case was referred to the Honorable Pamela Meade Sargent, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Standing Order dated August 29, 2006. The Magistrate Judge submitted a report and recommended disposition of this case, (Docket Item No. 24), on January 31, 2007, recommending compensation to the various parties in the amounts listed below. Additionally, on February 1, 2007, the Magistrate Judge issued an Order requiring that a sworn itemized statement of time and expenses be filed by Michael Allen Bragg, Esq., the guardian ad litem appointed to represent M.P., a minor with a purported interest in the condemned property, (Docket Item No. 25).

No objections to the report and recommendation were filed, and the court, upon a review of the record, is of the opinion that the Magistrate Judge's report should be **ADOPTED**. As a result, just compensation for the Property is set at $83,000.00, which, pursuant to the Magistrate Judge's findings and the sworn itemized statement of time and expenses by Michael Allen Bragg, Esq., (Docket Item No. 26), is to be distributed among the interested parties as follows:

| | |
|---|---|
| Denise Goff - | $13,833.33; |
| Ann Goff Chaney - | $13,833.34; |
| Edith Goff Street - | $13,833.34; |
| Colleen Goff Oppenheimer - | $13,833.33; |
| John Goff - | $4,611.11; |
| Leigh Goff Foley - | $4,611.11; |
| H.G. - | $4,611.11; |
| Joan Goff - | $2,183.83; |
| Elizabeth Goff Overstreet - | $3,883.17; |
| Melissa Goff - | $3,883.17; |
| M.P. - | $3,883.16. |

Additionally, any interest accrued on the funds on deposit in the court's registry should be distributed to the above-listed individuals in shares proportionate to the share of the just compensation received.

It is further **ORDERED** that $930.00 shall be withheld by the Clerk from the sum to be paid M.P. and shall be paid to Michael Allen Bragg, Esq., for his services and expenses as guardian ad litem.

The Clerk is directed to enter this Order and to send copies of this Order to all counsel of record. The Clerk is further directed to distribute the funds on deposit with the court as set forth above, with the exception that the Clerk, pursuant to the court's January 23, 2007, Order, has previously distributed the amount set forth above to Denise Goff.

The Clerk is directed to close this matter and strike it from the court's docket.

ENTER: This 22 day of February, 2007.

/s/ Glen M. Williams
THE HONORABLE GLEN M. WILLIAMS
SENIOR UNITED STATES DISTRICT JUDGE